NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: GEVO, INC.,**
*Appellant*

---

2015-1317

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in No. IPR2013-00214.

---

**JUDGMENT**

---

STEPHEN R. SMITH, Cooley LLP, Washington, DC, argued for appellant. Also represented by THOMAS ANDREW BLINKA.

JEREMIAH HELM, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by THOMAS W. KRAUSE, SCOTT WEIDENFELLER, STACY BETH MARGOLIES.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and LOURIE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 February 10, 2016          /s/ Daniel E. O'Toole
       Date                 Daniel E. O'Toole
                            Clerk of Court